# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUTLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br>    Defendant.<br>_____ | NO. EDCV 15-85-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the Stipulation For Award Of EAJA Fees ("Stipulation"), which was filed on March 15, 2016, IT IS ORDERED that fees in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, shall be awarded, subject to terms of the Stipulation.

DATED: March 25, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1